UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JOHN HUGHES, III, #11998-007,

    Petitioner,

v.                             ACTION NO. 2:18cv159

J. RAY ORMOND, Warden,
and
UNITED STATES PAROLE
COMMISSION,

    Respondents.

## FINAL ORDER

This matter was initiated by a *pro so* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner John Hughes, III, a District of Columbia prisoner housed in the Federal Correctional Institution in Petersburg, Virginia, alleges the United States Parole Commission has violated his constitutional rights by denying him parole. *Id.*

The petition was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. In the Magistrate Judge's Report and Recommendation filed July 31, 2018, the Court found that the USPC did not act unconstitutionally by denying parole, and recommended that Hughes's petition be denied and dismissed with prejudice.

Hughes filed objections to the Report and Recommendation on August 13, 2018. ECF No. 17. The Court, having reviewed the record and examined the objections filed by Hughes to the Report and Recommendation, and having made *de novo* findings with respect to the portions

objected to, does hereby adopt and approve the findings and recommendations set forth in the Report and Recommendation. It is, therefore, ORDERED that the petition for a writ of habeas corpus is DENIED and DISMISSED with prejudice.

Hughes may appeal from the Judgment entered pursuant to this Final Order by filing a notice of appeal with the Clerk of this Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within sixty days from the date of entry of such Judgment.

The Clerk shall mail a copy of this Final Order to Hughes and to counsel of record for Respondent.

/s/
Raymond A. Jackson
United States District Judge

Raymond A. Jackson
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
September 7, 2018